UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:13-cv-00317-MOC

| | |
|---|---|
| IN RE: BILTMORE INVESTMENTS, LTD, )<br>)<br>**Debtor.** )<br>)<br>_____ )<br>)<br>**WILLIAM SCHIFINO, SR.,** *et al.*, )<br>**Appellants,** )<br>)<br>Vs. )<br>)<br>**BILTMORE INVESTMENTS, LTD.,** )<br>)<br>**Appellee.** ) | ORDER |

**THIS MATTER** is before the court on appellants' Motion to Suspend Briefing. Having considered appellants' motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that appellants' Motion to Suspend Briefing (#6) is GRANTED, the briefing Order in this case is SUSPENEDED, and the parties shall file their Stipulation of Voluntary Dismissal of this Appeal not later than **February 28, 2014**. Failure to file such stipulation by such date will result in reinstatement of the briefing schedule, less the days such schedule was suspended, without further Order.

Signed: January 29, 2014

Max O. Cogburn Jr.
United States District Judge